# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1077
_____

JONATHAN R. HILL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

August 1, 2019

PER CURIAM.

AFFIRMED. *See Williams v. State*, 143 So. 3d 423 (Fla. 1st DCA 2014) (rejecting the argument that Florida's Prison Releasee Reoffender statute is unconstitutional based on the holdings of *Alleyne v. U.S.*, 570 U.S. 99 (2013), and *Apprendi v. U.S.*, 570 U.S. 99 (2000)); *Sims v. State*, 260 So. 3d 509 (Fla. 1st DCA 2018) (same).

WOLF, ROBERTS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jonathan R. Hill, pro se, Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.